EDWARD W. HATCH v. FRONTIER AND WESTERN RAILROAD COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

KATHLEEN L. McDEVITT, Appellant, v. MARY E. McDEVITT, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DOROTHY AUERBACH, Respondent, v. VAN-KELTON AMUSEMENT CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Clarke, P. J., and Laughlin, J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST DENNY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS CARTER COMPANY, INC., Respondent, v. ELLIS ADDING TYPEWRITER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORRIS FREUDENHEIM and Others, Individually and as Copartners, etc., Respondents, v. LEON DARU, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RICHARD H. GWYNNE, as Executor, etc., Respondent, v. WILLIAM BRADLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MILLIE B. SHERWOOD, Appellant, v. NEW ENGLAND THEATRES COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PETER LASKOFSKY, Respondent, v. POCAHONTAS CONSOLIDATED COLLIERIES COMPANY, INC., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEATRICE DE ACOSTA, Respondent, v. JOHN M. RIEHLE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.